UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 22-2301

———————

JOANN FONZONE,
a/k/a Judy McGrath

v.

JOE OTERI; OFFICER  KELECHEWISCKY; OFFICER LESINETTE ORTIZ;
OFFICER  BEE;
OFFICER  KOVAC; PHILLIES; CITIZENS BANK PARK; CITY OF PHILADELPHIA


JOANN FONZONE,
Appellant

———————————

(E.D. Pa. No. 5-12-cv-05726)

———————

SUR PETITION FOR REHEARING

———————

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, GREENAWAY, JR.,
SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN,
and MONTGOMERY-REEVES, Circuit Judges


The petition for rehearing filed by Appellant in the above-entitled case having

been submitted to the judges who participated in the decision of this Court and to all the

other available circuit judges of the circuit in regular active service, and no judge who

concurred in the decision having asked for rehearing, and a majority of the judges of the

circuit in regular service not having voted for rehearing, the petition for rehearing by the

panel and the Court en banc, is denied.

BY THE COURT,


<u>s/Patty Shwartz</u>
Circuit Judge

Dated:  March 17, 2023
JK/cc: JoAnn Fonzone
       All Counsel of Record